# In the United States Court of Federal Claims

Lancelot B. Haines )
_____ )
                Plaintiff(s), )
                              )  Case No. 19-26 C
v.                            )
                              )  Judge _____
THE UNITED STATES,            )
                              )
                Defendant.    )
_____ )

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

Jurisdiction can be challenged at any time and once challenged, cannot be assumed and must be decided. Agents proceeded with foreclosure and attempted sale with no interest in real property in the wrong court. A court lacking Jurisdiction cannot render judgement but must dismiss the cause at any stage of the proceedings in which it becomes apparent the jurisdiction is lacking. Where a court has jurisdiction, it has a right to decide any question which occurs in the cause, and whether its decision be correct or otherwise, its judgements, until reversed, are regarded as binding in every other court.

2. **PARTIES**

Plaintiff, Lancelot B. Haine, resides at 7327 Crossridge Road
(Street Address)

Charlotte, NC 28214, 704-634-2110
(City, State, ZIP Code)        (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____

_____

_____

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?   ◯ Yes  ● No

If yes, please list the case(s) below, including case number(s):

_____

3. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

Agents of the United States have committed constructive fraud under The False Claims Act; One who "knowingly makes, uses or cause to be made or used, a false record or statement material to a false or fraudulent claim" 31 U.S.C. §3729(a)(1)(A)-(B)., the Racketeer Influenced & Corrupt Organization Act ("RICO"), the Freedom of Information Act ("FOIA") 5 USC § 552, the Fraud Enforcement and Recovery Act ("FERA"), the Truth in Lending Act ("TILA"), the American Recovery and Reinvestment Act ("ARRA"), and the Helping Families Save Their Homes Act;. Agents of the United States have purposely collaborated to create Mortgage "vehicles" to exploit the ignorance of the American people concurrently utilizing those same vehicles to take advantage of the trust of the United States Government. Fraud on the court denies the public interest, affect's the FOIA, transparency as the requested Court approval of settlements in which Agents resolve the serious allegations of fraud brought against them "without admitting or denying the allegations of the Complaint. The Federal National Mortgage Association (commonly referred to herein as "Fannie Mae"), the Generally Accepted Accounting Principles ("GAAP") 12 USC § 1831n, Tax Fraud, the Troubled Asset Relief Program ("TARP") 12 USC Chapter 52.

4. **RELIEF.** Briefly state exactly what you want the court to do for you.

I Lancelot B. Haines ask the court for relief and emergency motion for declaratory judgement and injunctive relief and a temporary restraining order pursuant to F.R.C.P.65.

Signed this __28th__ day of __December__, __2018__.
           (day)              (month)           (year)

_____
Signature of Plaintiff(s)